IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JERRY TAYLOR | : | NO. 09-685-1 |

ORDER

AND NOW, this 10th day of December, 2010, upon consideration of Defendant Jerry Taylor's Motion to Suppress Statement (Docket No. 57), and the government's opposition thereto, IT IS HEREBY ORDERED that said motion is DENIED for the reasons stated in a memorandum of today's date.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.